■ In the Matter of ABDUL Q. AWAN, Petitioner, v RACHEL ADAMS et al., Respondents. [993 NYS2d 145]—

Proceeding pursuant to CPLR article 78 in the nature of prohibition, inter alia, to prohibit the respondent Rachel Adams, a Justice of the Supreme Court, Kings County, from presiding over the petitioner's matrimonial action entitled *Awan v Kazoleas-Awan*, pending in the Supreme Court, Kings County, under index No. 51662/10.

Motion by the petitioner to hold the respondents in contempt of court, and application by Attorney General Eric T. Schneiderman to preclude the petitioner from commencing any further actions or proceedings or making any further motions in the matrimonial action without leave of court.

Upon the papers filed in support of the motion and the application, and the papers filed in opposition thereto, it is

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements; and it is further,

Ordered that the motion is denied; and it is further,

Ordered that the application by Attorney General Eric T. Schneiderman to preclude the petitioner from commencing any further actions or proceedings or making any further motions in the matrimonial action without leave of court is denied without prejudice to seeking that relief in the Supreme Court, Kings County.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Austin, J.P., Roman, Sgroi and Cohen, JJ., concur.